## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HECTOR OCAS and**<br>**ERIKA ALVA, W/H,**<br>                    **Plaintiffs,** | **CIVIL ACTION** |
| **v.** | |
| **THE UNITED STATES OF AMERICA,**<br>**DEPARTMENT OF LABOR,**<br>                    **Defendant.** | **NO.  16-5389** |

# O R D E R

**AND NOW**, this 26th day of June, 2017, upon consideration of the United States of America, Department of Labor's Motion for Summary Judgment (Doc. No. 11, filed May 1, 2017), Plaintiffs' Opposition to Motion for Summary Judgment of Defendant, United States of America Department of Labor, and Cross Motion for Summary Judgment with Incorporated Memorandum of Law (Doc. No. 12, filed May 22, 2017), and U.S. Department of Labor's Reply Memorandum in Support of its Motion for Summary Judgment and Opposition to Plaintiffs' Cross Motion for Summary Judgment (Doc. No. 13, filed June 23, 2017), for the reasons set forth in the accompanying Memorandum dated June 26, 2017 , **IT IS ORDERED** as follows:

1.     Defendant's Motion for Summary Judgment is **GRANTED**;

2.     Plaintiffs' Cross Motion for Summary Judgment is **DENIED**;

3.     **JUDGMENT IS ENTERED IN FAVOR** of defendant, the United States of America, Department of Labor, and **AGAINST** plaintiffs, Hector Ocas and Erika Alva; and

4.     The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

_____

**DuBOIS, JAN E., J.**